# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-02693-RBJ

U-HAUL INTERNATIONAL, INC. and
REPWEST INSURANCE COMPANY,

    Plaintiffs,

v.

CRST MALONE, INC. and
TERRANCE WILLIAMS,

    Defendants.

_____

### CORPORATE DISCLOSURE STATEMENT OF U-HAUL INTERNATIONAL, INC.
_____

Plaintiff U-Haul International, Inc. ("U-Haul"), in compliance with Fed. R. Civ. P. 7.1, discloses that its parent company, AMERCO, is publicly traded and owns 10% or more of its stock.

Respectfully submitted this 10th day of September, 2020.

                HUSCH BLACKWELL LLP

                By: */s/ Jamie H. Steiner*
                    Jamie H. Steiner
                    1801 Wewatta Street, Suite 1000
                    Denver, CO  80202
                    Tel:  303-749-7200
                    Fax:  303-749-7272
                    jamie.steiner@huschblackwell.com
                    ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of September, 2020, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT OF U-HAUL INTERNATIONAL, INC.** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Lance G. Eberhart
Amy T. Johnson
Hall & Evans, LLC
1001 17th Street, Suite 200
Denver, CO 80202
eberharte@hallevans.com
johnsona@hallevans.com
*Attorneys for Defendants*

                */s/  Tessa Kern*
                Legal Support Team Specialist